Fill in this information to identify the case

United States Bankruptcy Court for the:

__Southern District of Texas, Mcallen Division__

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Vela's 4 Stars, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**    4 5 – 4 4 3 4 4 3 7

**4. Debtor's address**

**Principal place of business**

2603 East Expressway 83
Number    Street

Attn: Juan R. Vela

Donna, TX 78537
City                    State    ZIP Code

Hidalgo
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:    Debtor was created to own and manage real property assets.

| Debtor | Vela's 4 Stars, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

5 _ 3 _ 1 _ 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                     MM / DD / YYYY

           District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

           District _____  When _____
                                       MM / DD / YYYY

           Case number, if known _____

Debtor ___Vela's 4 Stars, LLC___                    Case number *(if known)* _____
            Name

**11. Why is the case filed in *this***    *Check all that apply:*
     **district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the propery?** _____
                     Number      Street

_____

_____
                     City                         State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Vela's 4 Stars, LLC | Case number *(if known)* _____ |
|--------|---------------------|------------------------------------------|
|        | **Name**            |                                          |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/31/2017
                         MM/ DD/ YYYY

X _____/s/ Juan R. Vela_____          _____Juan R. Vela_____
   Signature of authorized representative of debtor          Printed name

Title _____President_____

| **18. Signature of attorney** | X _____/s/ Marcos D Oliva_____          Date  07/31/2017 |
|---|---|

   Signature of attorney for debtor          MM/ DD/ YYYY

Marcos D Oliva
Printed name

Marcos D. Oliva, PC
Firm name

223 W Nolana Ave
Number          Street

Mcallen                                    TX          78504-2500
City                                       State       ZIP Code

(956) 683-7800                             marcos@olivalawfirm.com
Contact phone                              Email address

24056068                                   Texas
Bar number                                 State

Fill in this information to identify the case:

Debtor name   **Vela's 4 Stars, LLC**

United States Bankruptcy Court for the:
  **Southern District of Texas, Mcallen Division**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                          _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
|---|---|---|

**None**

4. **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

**None**

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                      _____

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

Debtor    __Vela's 4 Stars, LLC_____    Case number *(if known)* _____
         Name

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    [ _____ ]

---

**Part 3:  Accounts receivable**

**10. Does the debtor have any accounts receivable?**
☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts Receivable**

| 11a. 90 days old or less: | $0.00 face amount | – | $0.00 doubtful or uncollectible accounts | = ...... → | $0.00 |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | $0.00 face amount | – | $0.00 doubtful or uncollectible accounts | = ...... → | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     [ _____ ]

---

**Part 4:  Investments**

**13. Does the debtor own any investments?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method used for current value          Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or join venture**

Name of entity:                          % of ownership:

**None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    [ _____ ]

---

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 3

Debtor    **Vela's 4 Stars, LLC**          Case number *(if known)*
      Name

---

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   Raw materials | | | | |
| 20.   Work in progress | | | | |
| 21.   Finished goods, including goods held for resale | | | | |
| 22.   Other inventory or supplies | | | | |
| 23.   **Total of Part 5** <br> Add lines 19 through 22. Copy the total to line 84. | | | | _____ |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.   Crops—either planted or harvested <br>     **None** | | | |
| 29.   Farm animals *Examples*: Livestock, poultry, farm-raised fish <br>     **None** | | | |
| 30.   Farm machinery and equipment (Other than titled motor vehicles) <br>     **None** | | | |
| 31.   Farm and fishing supplies, chemicals, and feed <br>     **None** | | | |
| 32.   Other farming and fishing-related property not already listed in Part 6 <br>     **None** | | | |
| 33.   **Total of Part 6** <br> Add lines 28 through 32. Copy the total to line 85. | | | _____ |

---

Debtor    __Vela's 4 Stars, LLC__                         Case number *(if known)* _____
            Name

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|    __None__ | | | |

43. **Total of Part 7**
    Add lines 39 through 42. Copy the total to line 86.
                     [ _____ ]

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|    __None__ | | | |

---

| Debtor | Vela's 4 Stars, LLC | Case number (if known) |
|--------|---------------------|------------------------|
|        | Name                |                        |

**48.** Watercraft, trailers, motors, and related accesories Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vesels

**None**

**49.** Aircraft and accesories

**None**

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

**None**

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

---

## Part 9: Real Property

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment, or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1** Star Moulding Building - Real Azteca Lot 7 | Fee Simple | (Unknown) | Independent Appraiser - | $900,000.00 |
| **55.2** Star Builders - Border Air Lot 1 | Fee Simple | (Unknown) | Independent Appraiser | $1,800,000.00 |
| **55.3** Center Lot - Hooks Reserve (between warehouses) | Fee Simple | (Unknown) | Independent Appraiser | $300,000.00 |
| **55.4** Brownsville Star Moulding Location (vacant) | Fee Simple | (Unknown) | Cameron County Appraisal District | $357,983.00 |
| **55.5** Saratoga Ind Place #2 PT Lot 8 Block 1 (undeveloped industrial lot) | Fee Simple | (Unknown) | Nueces County Appraisal District | $62,930.00 |
| **55.6** Saratoga Ind Place #2 Lot 9 Block 1 | Fee Simple | (Unknown) | Nueces County Appraisal District | $61,551.00 |
| **55.7** Saratoga Ind Place #2 Lot 10 Block 1 | Fee Simple | (Unknown) | Nueces County Appraisal District | $66,690.00 |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any addition sheets. Copy the total to line 88.

$3,549,154.00

**57. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

| Debtor | Vela's 4 Stars, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
- ☐ No
- ☑ Yes

## Part 10: Intangibles and Intellectual Property

**59.** Does the debtor own or lease any office machinery, equipment, and vehicles?
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| None | | | |
| **61.** Internet domain names and websites | | | |
| None | | | |
| **62.** Licenses, franchises, and royalties | | | |
| None | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| None | | | |
| **64.** Other intangibles, or intellectual property | | | |
| None | | | |
| **65.** Goodwill | | | |
| None | | | |

**66.** Total of Part 10
Add lines 60 through 65. Copy the total to line 89.

_____

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☑ No
- ☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
- ☑ No
- ☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
- ☑ No
- ☐ Yes

## Part 11: All other assets

**70.** Does the debtor own any other assets that have not yet been reported on this form?
- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** Notes receivable | |
| Description (include name of obligor) | |
| None | |
| **72.** Tax refunds and unused net operating losses (NOLs) | |

| Official Form 206A/B | Schedule A/B: Assets — Real and Personal Property | page 7 |
|---|---|---|

Debtor    **Vela's 4 Stars, LLC**                          Case number *(if known)* _____
          Name

Description (for example, federal, state, local)
**None**

73. **Interests in insurance policies or annuities**
**None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**None**

76. **Trusts, equitable or future interests in property**
**None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**None**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑No
☐Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | _____ | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | _____ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | _____ | |
| 83. Investments. *Copy line 17, Part 4.* | _____ | |
| 84. Inventory. *Copy line 23, Part 5.* | _____ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | _____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | _____ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | _____ | |
| 88. Real property. *Copy line 56, Part 9.*............................➔ | | $3,549,154.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | _____ | |

Debtor    **Vela's 4 Stars, LLC**                                    Case number *(if known)* _____
          _____
          Name

90.   **All other assets.** *Copy line 78, Part 11.*           +   _____

91.   **Total.** Add lines 80 through 90 for each column... 91a.        <u>$0.00</u>  + 91b.   <u>$3,549,154.00</u>

92.   **Total of all property on Schedule A/B. Lines 91a + 91b = 92.** ...................................................................   <u>$3,549,154.00</u>

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 9

Fill in this information to identify the case:

Debtor name  __Vela's 4 Stars, LLC__

United States Bankruptcy Court for the:
__Southern District of Texas, Mcallen Division__

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

| 2. | List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.1** **Creditor's name**
__Cameron County Tax Assessor - Collector__

**Creditor's mailing address**
__P.O. Box 952__
__Brownsville, TX 78522-0952__

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
    1) International Bank of Commerce
    2) Cameron County Tax Assessor - Collector

**Describe debtor's property that is subject to a lien**
Brownsville Star Moulding Location (vacant)
6709 Paredes Line Road Brownsville, TX 78521

**Describe the lien**
Ad Valorem Taxes - 2015 and 2016

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $13,117.48

Column B: $357,983.00

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,539,805.34 | |
|---|---|---|---|

Debtor    Vela's 4 Stars, LLC
       Name                                        Case number (if known)

---

### Part 1:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports this<br>claim |

**2.2**

**Creditor's name**
Hidalgo County Tax Assessor - Collector

**Creditor's mailing address**

Edinburg, TX 78540

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**
Star Builders - Border Air Lot 1
2617 E. Expressway 83 Donna, TX 78537

**Describe the lien**
Ad Valorem Taxes - 2016

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $24,779.11
Column B: $1,800,000.00

---

**2.3**

**Creditor's name**
Hidalgo County Tax Assessor - Collector

**Creditor's mailing address**
PO Box 178
Edinburg, TX 78540

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**
Center Lot - Hooks Reserve (between warehouses)
Hooks Reserve North Pirkle 0.59 acres An IRR TR S375'-W71.6' LOT C 0.59 AC Net Donna, TX 78537

**Describe the lien**
Ad Valorem Taxes - 2016

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $8,156.76
Column B: $300,000.00

---

Debtor    Vela's 4 Stars, LLC
       Name                                        Case number (if known)

**Part 1:** **Additional Page**

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**
Hidalgo County Tax Assessor - Collector

**Describe debtor's property that is subject to a lien**
Star Moulding Building - Real Azteca Lot 7
2603 E. Expressway 83 Donna, TX 78537

Amount of claim: $21,454.50
Value of collateral: $900,000.00

**Creditor's mailing address**
PO Box 178
Edinburg, TX 78540

**Describe the lien**
Ad Valorem Taxes - 2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.4

---

**2.5** **Creditor's name**
International Bank of Commerce

**Describe debtor's property that is subject to a lien**
Brownsville Star Moulding Location (vacant)
6709 Paredes Line Road Brownsville, TX 78521

Amount of claim: $300,000.00
Value of collateral: $357,983.00

**Creditor's mailing address**
908 N. U.S. Highway 83
Zapata, TX 78076

**Describe the lien**
Deed of Trust

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred** Nov 26, 2014

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.1

**Remarks:** This loan is cross-collateralized by all real property assets: (i) Hidalgo County properties, (ii) Nueces County properties, and (iii) this Cameron County property for a total debt of $2,468,301.19.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 9

Debtor   Vela's 4 Stars, LLC
         Name

Case number *(if known)* _____

**Part 1: Additional Page**

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** Creditor's name
International Bank of Commerce

Creditor's mailing address
908 N. U.S. Highway 83
Zapata, TX 78076

Creditor's email address, if known

Date debt was incurred  Nov 26, 2013

Last 4 digits of account
number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No.
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☑ Yes. The relative priority of creditors is specified on lines  2.3

Describe debtor's property that is subject to a lien
Center Lot - Hooks Reserve (between warehouses)
Hooks Reserve North Pirkle 0.59 acres An IRR TR S375'-W71.6' LOT C 0.59 AC Net Donna, TX 78537

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $198,830.10 | $300,000.00 |

**Remarks:** This loan is cross-collateralized by the properties located in: (i) Cameron County, (ii) Nueces County, and (iii) Hidalgo County for a total debt of $2,468,301.19.

---

**2.7** Creditor's name
International Bank of Commerce

Creditor's mailing address
908 N. U.S. Highway 83
Zapata, TX 78076

Creditor's email address, if known

Date debt was incurred  Nov 26, 2014

Last 4 digits of account
number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No.
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☑ Yes. The relative priority of creditors is specified on lines  2.2

Describe debtor's property that is subject to a lien
Star Builders - Border Air Lot 1
2617 E. Expressway 83 Donna, TX 78537

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $1,192,980.60 | $1,800,000.00 |

**Remarks:** This loan is cross-collateralized by the properties located in: (i) Cameron County, (ii) Nueces County, and (iii) Hidalgo County for a total debt of $2,468,301.19.

---

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 4 of 9

Debtor    Vela's 4 Stars, LLC
      Name

Case number (if known) _____

**Part 1: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

### 2.8

**Creditor's name**
International Bank of Commerce

**Creditor's mailing address**
908 N. U.S. Highway 83
Zapata, TX 78076

**Creditor's email address, if known**

**Date debt was incurred** Nov 26, 2014

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☑ Yes. The relative priority of creditors is specified on lines _2.4_

**Remarks:** This loan is cross-collateralized by the properties located in: (i) Cameron County, (ii) Nueces County, and (iii) Hidalgo County.

**Describe debtor's property that is subject to a lien**
Star Moulding Building - Real Azteca Lot 7
2603 E. Expressway 83 Donna, TX 78537

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$596,490.30**    Value of collateral: **$900,000.00**

### 2.9

**Creditor's name**
International Bank of Commerce

**Creditor's mailing address**
908 N. U.S. Highway 83
Zapata, TX 78076

**Creditor's email address, if known**

**Date debt was incurred** 11/26/2014

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☑ Yes. The relative priority of creditors is specified on lines _2.9_

**Remarks:** This loan is cross-collateralized with all of Debtor's real property, located in: (i) Hidalgo County, (ii) Cameron County, and (iii) Nueces County for a total debt of $2,468,301.19.

**Describe debtor's property that is subject to a lien**
Saratoga Ind Place #2 Lot 10 Block 1
Chapman Ranch Road Corpus Christi, TX

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$60,000.00**    Value of collateral: **$66,690.00**

Official Form 206D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 5 of 9

---

| Debtor | Vela's 4 Stars, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 1: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| | | |
|---|---|---|

**2.10** Creditor's name

International Bank of Commerce

**Creditor's mailing address**

908 N. U.S. Highway 83
Zapata, TX 78076

**Creditor's email address, if known**

_____

**Date debt was incurred** 11/26/2014

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines 2.10

**Describe debtor's property that is subject to a lien**   $60,000.00   $61,551.00

Saratoga Ind Place #2 Lot 9 Block 1
Chapman Ranch Road Corpus Christi, TX

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** This loan is cross-collateralized by all of Debtor's real property, located in: (i) Hidalgo County, (ii) Cameron County, and (iii) Nueces County

---

**2.11** Creditor's name

International Bank of Commerce

**Creditor's mailing address**

908 N. U.S. Highway 83
Zapata, TX 78076

**Creditor's email address, if known**

_____

**Date debt was incurred** 11/26/2014

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines 2.11

**Describe debtor's property that is subject to a lien**   $60,000.00   $62,930.00

Saratoga Ind Place #2 PT Lot 8 Block 1
(undeveloped industrial lot)
Chapman Ranch Road Corpus Christi, TX

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** This loan is cross-collateralized by all of Debtor's real property, located in: (i) Hidalgo County, (ii) Cameron County, and (iii) Nueces County, for a total debt of $2,468,301.19.

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 9

| Debtor | Vela's 4 Stars, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 1: **Additional Page** | **Column A** | **Column B** |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

| | | $1,315.57 | $62,930.00 |
|---|---|---|---|

**2.12** Creditor's name

  Nueces County Tax Assessor - Collector

Describe debtor's property that is subject to a lien

Saratoga Ind Place #2 PT Lot 8 Block 1
(undeveloped industrial lot)
Chapman Ranch Road Corpus Christi, TX

**Creditor's mailing address**

  901 Leopard Street Room 301
  Corpus Christi, TX 78401

**Describe the lien**
  Ad Valorem Taxes - 2016

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes.

**Date debt was incurred** _____

**Last 4 digits of account
number**     ___  ___  ___  ___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the
same property?**
☐ No.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. Have you already specified the
    relative priority?

    ☐ No. Specify each creditor, including this
      creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is
      specified on lines  2.11

---

| | | $1,286.73 | $61,551.00 |
|---|---|---|---|

**2.13** Creditor's name

  Nueces County Tax Assessor - Collector

Describe debtor's property that is subject to a lien

Saratoga Ind Place #2 Lot 9 Block 1
Chapman Ranch Road Corpus Christi, TX

**Creditor's mailing address**

  901 Leopard Street Room 301
  Corpus Christi, TX 78401

**Describe the lien**
  Ad Valorem Taxes - 2016

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes.

**Date debt was incurred** _____

**Last 4 digits of account
number**     ___  ___  ___  ___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the
same property?**
☐ No.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. Have you already specified the
    relative priority?

    ☐ No. Specify each creditor, including this
      creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is
      specified on lines  2.10

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 9

Debtor      Vela's 4 Stars, LLC                                    Case number *(if known)* _____
        **Name**

| Part 1:  **Additional Page** | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| | | |
|---|---|---|
| 2.14 | | $1,394.19　$66,690.00 |

**Creditor's name**

Nueces County Tax Assessor - Collector

**Describe debtor's property that is subject to a lien**

Saratoga Ind Place #2 Lot 10 Block 1
Chapman Ranch Road Corpus Christi, TX

**Creditor's mailing address**

901 Leopard Street Room 301
Corpus Christi, TX 78401

**Describe the lien**

Ad Valorem Taxes 2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No.

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☑ Yes. The relative priority of creditors is specified on lines 2.9

Official Form 206D　　　Additional Page of Schedule D: Creditors Who Have Claims Secured by Property　　　page 8 of 9

| Debtor | Vela's 4 Stars, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Linebarger Goggan Blair & Sampson LLP<br>PO BOX 17428<br>Diane W. Sanders<br>Austin, TX 78760 | Line 2.1 | ___ ___ ___ ___ |
| Linebarger Goggan Blair & Sampson LLP<br>PO BOX 17428<br>Diane W. Sanders<br>Austin, TX 78760 | Line 2.2 | ___ ___ ___ ___ |
| Linebarger Goggan Blair & Sampson LLP<br>PO BOX 17428<br>Diane W. Sanders<br>Austin, TX 78760 | Line 2.3 | ___ ___ ___ ___ |
| Linebarger Goggan Blair & Sampson LLP<br>PO BOX 17428<br>Diane W. Sanders<br>Austin, TX 78760 | Line 2.4 | ___ ___ ___ ___ |
| Linebarger Goggan Blair & Sampson LLP<br>PO BOX 17428<br>Diane W. Sanders<br>Austin, TX 78760 | Line 2.12 | ___ ___ ___ ___ |
| Linebarger Goggan Blair & Sampson LLP<br>PO BOX 17428<br>Diane W. Sanders<br>Austin, TX 78760 | Line 2.13 | ___ ___ ___ ___ |
| Linebarger Goggan Blair & Sampson LLP<br>PO BOX 17428<br>Diane W. Sanders<br>Austin, TX 78760 | Line 2.14 | ___ ___ ___ ___ |

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 9 of 9

-7/31/2017

Fill in this information to identify the case:

Debtor name    **Vela's 4 Stars, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas, Mcallen Division**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List Creditors Who Have Secured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1 | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim _____    Priority amount _____

2.2 | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim _____    Priority amount _____

Debtor   **Vela's 4 Stars, LLC**          Case number *(if known)* _____
         Name

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| Last 4 digits of account number ___ ___ ___ ___ | | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| Last 4 digits of account number ___ ___ ___ ___ | | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| Last 4 digits of account number ___ ___ ___ ___ | | |
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| Last 4 digits of account number ___ ___ ___ ___ | | |
| **3.5** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| Last 4 digits of account number ___ ___ ___ ___ | | |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 3

Debtor   **Vela's 4 Stars, LLC** _____          Case number *(if known)* _____
         Name

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  Total claims from Part 1 | 5a. | $0.00 |
| 5b.  Total claims from Part 2 | 5b.  + | $0.00 |
| 5c.  Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $0.00 |

Fill in this information to identify the case:

Debtor name    Vela's 4 Stars, LLC

United States Bankruptcy Court for the:
                 Southern District of Texas, Mcallen Division

Case number (if known): _____   Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement for 2617 E. Expressway 83, Donna, Texas |
| | State the term remaining | |
| | List the contract number of any government contract | |

Vela's Builders, LLC d/b/a Star Builders

2603 E. Expressway 83

Donna, TX 78537

| | | |
|---|---|---|
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement for 2603 E. Expressway 83, Donna, Texas |
| | State the term remaining | |
| | List the contract number of any government contract | |

4 Star Moulding, LLC d/b/a Star Moulding

2603 E. Expressway 83

Donna, TX 78537

| | | |
|---|---|---|
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Listing Agreement - Brownsville Property (Paredes Line Road, Brownsville, Texas) |
| | State the term remaining | |
| | List the contract number of any government contract | |

Century 21 - Johnston Company

718 East Harrison

Harlingen, TX 78550

| | | |
|---|---|---|
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Listing Agreement - Hidalgo County Properties |
| | State the term remaining | |
| | List the contract number of any government contract | |

Coldwell Banker - La Mansion Real Estate

801 E. Dove Avenue

McAllen, TX 78504

| | | |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name ___Vela's 4 Stars, LLC___

United States Bankruptcy Court for the:
___Southern District of Texas, Mcallen Division___

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | |
| 2.1 Vela, Juan R. | 2603 E. Expressway 83<br>Street<br><br>Donna, TX 78537<br>City          State     ZIP Code | International Bank of Commerce | ☑ D<br>☐ E/F<br>☐ G |
| | | International Bank of Commerce | ☑ D<br>☐ E/F<br>☐ G |
| | | International Bank of Commerce | ☑ D<br>☐ E/F<br>☐ G |
| | | International Bank of Commerce | ☑ D<br>☐ E/F<br>☐ G |
| | | International Bank of Commerce | ☑ D<br>☐ E/F<br>☐ G |
| | | International Bank of Commerce | ☑ D<br>☐ E/F<br>☐ G |
| | | International Bank of Commerce | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Vela's 4 Stars, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**

**Column 2: Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.2 | Vela, Maria C. | 2603 E. Expressway 83 <br> Street <br><br> Donna, TX 78537 <br> City     State     ZIP Code | | International Bank of Commerce | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | | International Bank of Commerce | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | | International Bank of Commerce | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | | International Bank of Commerce | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | | International Bank of Commerce | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | | International Bank of Commerce | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | | International Bank of Commerce | ☑ D <br> ☐ E/F <br> ☐ G |

| 2.3 | | Street <br><br> City     State     ZIP Code |
|---|---|---|
| 2.4 | | Street <br><br> City     State     ZIP Code |

Official Form 206H        Schedule H: Codebtors        page 2 of 3


| Debtor | Vela's 4 Stars, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | | Column 2: Creditor | |
|---|---|---|---|---|---|
| **Name** | **Mailing Address** | | | **Name** | *Check all schedules that apply:* |
| 2.5 _____ | _____ Street | | | | |
| | _____ | | | | |
| | _____ City | State | ZIP Code | | |
| 2.6 _____ | _____ Street | | | | |
| | _____ | | | | |
| | _____ City | State | ZIP Code | | |

Fill in this information to identify the case:

Debtor name    Vela's 4 Stars, LLC

United States Bankruptcy Court for the:
            Southern District of Texas, Mcallen Division

Case number (if known): _____    Chapter   11

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

**1.** *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

**1a. Real Property:**
   Copy line 88 from *Schedule A/B*......................................................................................

$3,549,154.00

**1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................

$0.00

**1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................

$3,549,154.00

### Part 2:  Summary of Liabilities

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$2,539,805.34

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

$0.00

**3b. Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

+     $0.00

**4. Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b

$2,539,805.34

Fill in this information to identify the case:

Debtor name  Vela's 4 Stars, LLC

United States Bankruptcy Court for the:

Southern District of Texas, Mcallen Division

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/31/2017
             MM/  DD/  YYYY

X _____  /s/ Juan R. Vela
Signature of individual signing on behalf of debtor

Juan R. Vela
Printed name

President
Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: **Vela's 4 Stars, LLC**

CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 07/31/2017

Signature _____ /s/ Vela's 4 Stars, LLC _____

Date _____

Signature _____

**Vela, Juan R.**
2603 E. Expressway 83
Donna, TX 78537


**Vela, Maria C.**
2603 E. Expressway 83
Donna, TX 78537


**Vela's Builders, LLC d/b/a Star
Builders**
Attn: Juan Vela
2603 E. Expressway 83
Donna, TX 78537

**4 Star Moulding, LLC d/b/a
Star Moulding**
Attn: Juan Vela
2603 E. Expressway 83
Donna, TX 78537

**Cameron County Tax Assessor
– Collector**
Tony Yzaguirre, Jr.
P.O. Box 952
Brownsville, TX 78522-0952

**Century 21 – Johnston
Company**
Attn: Jaime Rangel
718 East Harrison
Harlingen, TX 78550

**Coldwell Banker – La Mansion
Real Estate**
Attn: Freddie Gomez, III
801 E. Dove Avenue
McAllen, TX 78504

**Hidalgo County Tax Assessor –
Collector**
PO Box 178
Edinburg, TX 78540

**International Bank of
Commerce**
Attn: Ricardo Ramirez, President
908 N. U.S. Highway 83
Zapata, TX 78076

**Linebarger Goggan Blair &
Sampson LLP**
Diane W. Sanders
PO BOX 17428
Austin, TX 78760

**Nueces County Tax Assessor –
Collector**
Kevin Kieschnick
901 Leopard Street Room 301
Corpus Christi, TX 78401